ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 2 2 2005

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

CHRIS J. BECKER

CRIMINAL INDICTMENT

NO. 1:05CR082

THE GRAND JURY CHARGES THAT:

### COUNT ONE

Between on or about February 9, 2005, and on or about February 16, 2005, in the Northern District of Georgia and elsewhere, the defendant, CHRIS J. BECKER, using a facility and means of interstate commerce, that is, a computer connected to the Internet, knowingly attempted to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in criminal sexual activity, that is, child molestation (O.C.G.A. § 16-6-4), in violation of Title 18, United States Code, Section 2422(b).

### COUNT TWO

On or about February 16, 2005, in the Northern District of Georgia and elsewhere, the defendant, CHRIS J. BECKER, traveled in interstate commerce for the purpose of engaging in a sexual act, as defined in Title 18, United States Code, Section 2246, with a person under the age of 18 years, which sexual act would be a violation of chapter 109A of Title 18, United States Code, if the sexual act had occurred in the special maritime and territorial jurisdiction of the United States, in violation of Title 18, United

States Code, Section 2423(b).

## COUNT THREE

On or about February 16, 2005, in the Northern District of Georgia and elsewhere, the defendant, CHRIS J. BECKER, crossed a state line with intent to engage in a sexual act with a person who had not attained the age of 12 years, in violation of Title 18, United States Code, Section 2241(c).

A _____TRUE_____ BILL

_____
FOREPERSON

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

AARON M. DANZIG
ASSISTANT UNITED STATES ATTORNEY
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6012
Georgia Bar No. 205151