U.S. Department of Justice
United States Attorney
Northern District of Georgia

# P L E A (With Counsel)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

CRIMINAL NO. 1:05-CR-082-JOF

I, CHRIS J. BECKER, defendant, having received a copy of the within Indictment, and having been arraigned plead <u>GUILTY</u> thereto to count(s) Three thereof.

In Open Court this 13th day of June, 2005

_____
SIGNATURE (Attorney for Defendant)
EDWARD T. M. GARLAND

_____
SIGNATURE (Defendant)
CHRIS J. BECKER

INFORMATION BELOW MUST BE TYPED OR PRINTED

Janice Singer
EDWARD T. M. GARLAND
NAME (Attorney for Defendant)

CHRIS J. BECKER
NAME (Defendant)

3151 Maple Drive
STREET

_____
STREET

Atlanta, GA
CITY & STATE    ZIP CODE

_____
CITY & STATE    ZIP CODE

PHONE NUMBER (404) 262-2225

PHONE NUMBER _____

STATE BAR OF GEORGIA NUMBER _____

Filed in Open Court  6/13/05

Luther D. Thomas, Clerk

By J. Reed, Deputy Clerk

Form No. USA-40-19-B
(Rev. 7/12/82)
N.D. Ga. 11/2/93